**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DENNIS JAMES SMITH, SR. *et al.*                                                    PLAINTIFFS
ADC #120631

V.                          CASE NO: 5:08CV00085 BSM/HDY

LERON MEEKS *et al.*                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Marie Smith's and Florida Mae Hewing's claims are DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and their names are removed as party Plaintiffs.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   10th   day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE